UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

FREDERIC GEORGE SCHAUB,

CASE NO. 6:15-BK-01284-KSJ

    Debtor.

_____/

**AGREED ORDER GRANTING C&G REAL ESTATE GROUP,
INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

    This case came before the Court for consideration of C&G Real Estate Group, Inc.'s Motion for Relief from the Automatic Stay (Doc. No. 26) (the "Motion"), and it appearing to the Court that counsel for C&G Real Estate Group, Inc. (the "Movant") and the Debtor have agreed to the entry of this order as evidenced by their signatures below, and it further appearing to the Court that good cause exists for the granting of the Motion, and the Court being otherwise duly advised in the premises, it is hereby ordered as follows:

    1.    The Motion is granted, and the automatic stay of Section 362(a) of the Bankruptcy Code is hereby modified with respect to Movant to permit the litigation currently pending in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida as Case No. 2014-ca-9038 (the "Case") to proceed through the entry of judgment; provided, however, Movant shall remove the case to this Court in the manner contemplated by 28 U.S.C. §§1334 and 1452, and F.R.B.P. 9027.

    2.    Notwithstanding the foregoing, the hearing scheduled for May 21, 2015 at 2:00

ORLDOCS 13978632 1

p.m. shall remain on the calendar, and shall be utilized as the initial status conference and pre-trial conference contemplated by Administrative Order 2014-10.

3. The fourteen (14) day stay provided in F.R.B.P. 4001(a)(3) is hereby waived.

DONE AND ORDERED this 20th day of April, 2015.

_____
KAREN S. JENNEMANN
CHIEF JUDGE,
UNITED STATES BANKRUPTCY COURT

Agreed as to form and substance:

/s/ Andrew M. Brumby                                    /s/ Peter N. Hill
ANDREW M. BRUMBY, ESQ.                   Peter N. Hill, Esq.
Florida Bar No. 0650080                             Wolff, Hill, McFarlin & Herron, P.A.
300 S. Orange Avenue, Suite 1000             1851 West Colonial Drive
Orlando, Florida 32801                               Orlando, FL  32804
Telephone:     407-423-3200                      Telephone:     407-648-0058
Facsimile:      407-425-8316                       Facsimile:      407-648-0681
*Attorneys for C&G Real Estate Group, Inc.*    *Attorneys for the Debtor*

/s/ Michael A. Nardella
Michael A. Nardella, Esq.
Burr & Forman LLP
200 South Orange Avenue, Suite 800
Orlando, FL  32801
Telephone:     407-540-6620
Facsimile:      407-650-2777
*Prospective Special Counsel to the Debtor*

Attorney Andrew M. Brumby is directed to serve a copy of this order upon all interested persons and file a proof of service within three (3) days of the entry thereof.

2